**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VERDELL ROBINSON**

    Petitioner,

vs.                                           **CASE NO. 4:09CV357-MMP/AK**

**WALTER MCNEIL,**

    Respondent.

                                 /

**ORDER**

This cause is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner has not paid the filing fee or filed a motion for leave to proceed *in forma pauperis*. Review of Petitioner's petition will be therefore be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

2. Petitioner shall have until **November 2, 2009**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**.

**DONE AND ORDERED** this **5th** day of October, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**