IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERDELL ROBINSON,

    Petitioner,

v.                                      CASE NO. 4:09-cv-00357-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court On Doc. 18, Petitioner's "Inquiry," in which Petitioner requests information regarding the status of this case and the disposition of Doc. 14, Respondent's motion for an extension of time to respond to the Petition. Upon due consideration, it is

**ORDERED AND ADJUDGED:**

That the Clerk is directed to forward Petitioner a copy of the Court's order, Doc. 15, granting Respondent's motion for extension of time, and a copy of the docket sheet.

**DONE AND ORDERED** this  *1st*  day of March, 2010

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge