IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERDELL ROBINSON,

      Petitioner,

v.                                  CASE NO. 4:09-cv-00357-MP-AK

WALTER MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 24, Petitioner's request for production of exhibits and for an extension of time to reply to the Response. Petitioner contends that the Respondent served an index of the exhibits with the copy of the Response served on Petitioner, but failed to serve the actual exhibits. The Respondent opposes the motion for production of exhibits, arguing, *inter alia*, that Petitioner has failed to identify any parts of the state court record that are not already in his possession. Doc. 26. Petitioner has filed a reply to the response, identifying the specific pages of the record that he needs, numbering approximately 23 pages in total. Doc. 27.

      Pursuant to 28 U.S.C. § 2250, habeas petitioners who have been granted leave to proceed *in forma pauperis* are entitled to receive copies of the record on file with the Court at no cost. In this case, however, Petitioner has not been granted leave to proceed as a pauper. Therefore, in order to receive copies of the record on file with the Court, Petitioner will be required to pay the Clerk's photocopying charge of .50 cents per page. Petitioner may submit a request for photocopies to the Clerk, indicating the specific pages required, together with a check or money

order payable to the Clerk, United States District Court, in the correct amount. Petitioner should

note the case number on the check.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.  Petitioner's request for production of exhibits is **GRANTED only to the extent that** Petitioner may submit a request for photocopies to the Clerk**,** accompanied by the appropriate fee.

2.  Petitioner's motion for an extension of time is **GRANTED.**  In order to allow sufficient time for photocopying, Petitioner shall have until **June 4, 2010,** to file any reply.

**DONE AND ORDERED** this *23rd* day of April, 2010


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge