IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERDELL ROBINSON,

    Petitioner,

v.                                                CASE NO. 4:09-cv-00357-MP -GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 38, Petitioner's motion to extend the time to submit payment to the Clerk for copies of documents and for an extension of time to reply to the Respondent's response. Upon due consideration, the motion is **GRANTED**. Pursuant to Rule 5(e), Rules Governing Section 2254 Cases, a habeas Petitioner "may" submit a reply, but is not required to do so. Because submission of a reply is voluntary, following the expiration of the extended deadline the Court will consider the merits of the Petition and the Response on file, consistent with the Court's usual rule of disposing of cases in the order in which they are received.

Accordingly, it is **ORDERED:**

That Petitioner shall have until **March 7, 2011**, to submit payment for the copies requested by Petitioner and to submit his reply, if any.

**DONE AND ORDERED** this 6th day of January 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge