# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

VERDELL ROBINSON,

    Petitioner,

v.    CASE NO. 4:09cv357-MP-GRJ

KENNETH S. TUCKER,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 2, 2012. (Doc. 50). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Petition for a writ of habeas corpus (doc. 1) is DENIED, and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

**DONE and ORDERED** this 4th day of April, 2012.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**